■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS RIVERA, Appellant. [39 NYS3d 793]—Judgment, Supreme

Court, Bronx County (Peter J. Benitez, J.), rendered June 28, 2013, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Friedman, J.P., Feinman, Gische and Kapnick, JJ.